(112 So. 924)

L. F. PEARCE v. R. L. COOPER. (4 Div. 306.) Court of Appeals of Alabama. March 31, 1927.

W. L. Parks, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(114 So. 924)

Sam PEARCE v. STATE. (6 Div. 144.) Court of Appeals of Alabama. June 7, 1927. Rehearing Denied Oct. 4, 1927.

Henry B. Foster, Judge.

BRICKEN, P. J. This prosecution, for the violation of the prohibition law, originated in the county court of Tuscaloosa county. From a judgment of conviction in said court the defendant appealed to the circuit court, and was there tried by a jury upon a complaint filed by the solicitor for the same offense. In the circuit court he was again convicted, and duly sentenced to hard labor for the county. From the judgment of conviction, pronounced and entered, this appeal was taken. The appeal here is upon the record proper, there being no bill of exceptions. An examination of the record fails to disclose any error; therefore the judgment of conviction upon which this appeal was taken will stand affirmed. Affirmed.

(113 So. 919)

Robert PEARSON v. Nellie C. GRAHAM, pro ami. (5 Div. 670.) Court of Appeals of Alabama. June 21, 1927.

George F. Smoot, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellee.

(114 So. 924)

W. L. PENNINGTON v. CITY OF TUSCALOOSA. (6 Div. 288.) Court of Appeals of Alabama. Dec. 13, 1927.

Henry B. Foster, Judge.

SAMFORD, J. Appeal dismissed.

(113 So. 919)

Holl PERKINS v. STATE. (6 Div. 167.) Court of Appeals of Alabama. June 30, 1927.

Ernest Lacy, Judge. F. F. Windham, of Birmingham, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(115 So. 925)

Clarence PIGG v. STATE. (8 Div. 603.) Court of Appeals of Alabama. March 20, 1928.

O. Kyle, Judge. Distilling. C. T. Grimmett, of Huntsville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(114 So. 925)

John PILLMAN v. STATE. (6 Div. 194.) Court of Appeals of Alabama. Dec. 13, 1927.

J. C. B. Gwin, Judge.

RICE, J. Affirmed.

(115 So. 925)

George PLYLAR, Jr., v. STATE. (5 Div. 679.) Court of Appeals of Alabama. Jan. 10, 1928. Rehearing Denied Jan. 31, 1928.

George F. Smoot, Judge. Omar L. Reynolds, of Clanton, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(117 So. 926)

Bruce POINTER v. STATE. (8 Div. 650.) Court of Appeals of Alabama. May 22, 1928.

O. Kyle, Judge. Assault to murder.

SAMFORD, J. Appeal dismissed.

(113 So. 919)

Charley PORTER v. STATE. (8 Div. 611.) Court of Appeals of Alabama. June 30, 1927.

B. H. Sargent, Judge. H. H. Hamilton, of Russellville, for appellant. Charlie C McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of violating the prohibition laws and appeals. The case presented is purely one of fact. If the evidence of the state's witness is believed beyond a reasonable doubt, the defendant is guilty. The trial judge had all the parties before him; the evidence was taken ore tenus. After hearing the entire evidence, observing the witnesses as they gave testimony, the judge reached the conclusion that the defendant is guilty. There is no reason in law to disturb this finding. We find no error in the record, and the judgment is affirmed. Affirmed.

(112 So. 924)

Sim PORTER v. STATE. (1 Div. 725.) Court of Appeals of Alabama. April 12, 1927.

Saffold Berney, Judge.

RICE, J. Appeal dismissed by appellant.